DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AZAD MAHMUDOV,**
Appellant,

v.

**STEVE MARTIN, as Successor Trustee of the 1943 MONROE STREET #206 A REALTY TRUST,**
Appellee.

No. 4D22-1483

[November 23, 2022]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE19-022175.

Carlton Bober and Bernadette Guerra of Vernis & Bowling of Broward, P.A., Hollywood, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***